JUSTICE COMPTON,
with whom JUSTICE LACY joins, dissenting.
In my opinion, the Association’s parking policy is a rule or regulation managing use of the common area, and is not a licensing of a portion of the area violative of the Association’s governing documents.
Unambiguous language in these documents plainly indicates the intent of the drafters to treat actions by the Board of Trustees, in regard to parking, as rules or regulations, rather than licenses. For example, the Supplementary Declaration at Article IV, titled “Parking,” states clearly that the “Association shall promulgate such rules and regulations as needed to regulate the use of any parking areas . . . which rules and regulations may include assignment of parking spaces.” (Emphasis added.) This specific language refers to the assignment of parking spaces as “rules and regulations,” not licenses, expressly recognizing the Board of Trustees’ power to assign parking, and is consistent with the provisions of the governing documents as a whole.
Consequently, I would reverse the judgment below and dismiss the bill of complaint.